IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**SHARON QUINN,**
**BOP #10228-025**

**Defendant.**                                          No. 13-30092-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is a letter Magistrate Judge Wilkerson received from Quinn which the Court construes as a motion for credit for time served. Quinn contends that she did not receive credit for her time served in the St. Clair County Jail on May 9, 2014 to June 2, 2014 when she was transferred to FCI WASECA. Based on the following, the Court **GRANTS** the motion.

In support of her request, Quinn attaches a June 17, 2014 sentence monitoring computation sheet that does not include credit for that time period. Further, this sheet states that her projected release date is February 25, 2016. After reviewing the sentence monitoring computation sheet, the Court finds that Quinn is correct. However, the Court notes that,

as of today's date, the Bureau of Prisons' inmate locator reflects that her projected release date is February 1, 2016.  Thus, it appears that the Bureau of Prisons may have credited her for that time served. To avoid any further confusion on this issue, the Court **DIRECTS** the Bureau of Prisons to credit Quinn for her time served from May 9, 2014 to June 2, 2014.

Accordingly, the Court **GRANTS** the motion.  The Court **DIRECTS** the Bureau of Prisons to credit Quinn for her time served from May 9, 2014 to June 2, 2014, if it has not already done so.

**IT IS SO ORDERED.**

Signed this 15th day of August, 2014.

David R. Herndon
2014.08.15
06:22:01 -05'00'

**Chief Judge**
**United States District Court**